IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREA FITZSIMMONS,

        Plaintiff,

vs.                           Civ. No. 2:18-CV-00069 KG/GJF

THOMAS STEWART, and
STEWART INDUSTRIES
INTERNATIONAL ROSWELL, LLC,

        Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT THOMAS STEWART

THIS MATTER is before the Court on Plaintiff's motion for partial summary judgment against Thomas Stewart on the statutory discrimination and equal pay claims under federal and state law and damages related to the statutory discrimination and equal pay claims under federal and state law. (Doc. 70). The Court finds that Defendant Thomas Stewart has not responded to Plaintiff's motion for partial summary judgment despite having been provided notice of the motion for partial summary judgment and Plaintiff's February 3, 2020, notice of completion of briefing (Doc. 72) that provided notice to Defendant Thomas Stewart of his failure to respond to the motion for partial summary judgment.

Wherefore;

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's motion for partial summary judgment be, and hereby is, granted.

IT IS FURTHER ORDERED that damages are awarded in favor of Plaintiff, and against Defendant Thomas Stewart in the sum of $118,748.01.

_____
UNITED STATES DISTRICT JUDGE