IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREA FITZSIMMONS,

        Plaintiff,

vs.                                 Civ. No. 2:18-CV-00069 KG/GJF

THOMAS STEWART, and
STEWART INDUSTRIES
INTERNATIONAL ROSWELL, LLC,

        Defendants.

## FINAL JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT THOMAS STEWART

THE COURT, having entered an order granting Plaintiff's motion for partial summary judgment against Defendant Thomas Stewart, (Doc. 73), and finding that Plaintiff has voluntarily moved to dismiss her remaining claim and damages for retaliation against Defendant Thomas Stewart under Fed. R. Civ. P. 41(a)(2), enters Final Judgment against Defendant Thomas Stewart in compliance with Fed. R. Civ. P. 58.

Wherefore;

IT IS ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiff Andrea Fitzsimmons and against Defendant Thomas Stewart.

IT IS FURTHER ORDERED that damages are awarded in favor of Plaintiff Andrea Fitzsimmons, and against Defendant Thomas Stewart, in the sum of $118,748.01.

IT IS FURTHER ORDERED that Plaintiff's voluntary request that the Court dismiss the remaining claim (Count II) and damages against Defendant Thomas Stewart (Doc. 73) be, and herby is, granted.

IT IS FURTHER ORDERED that pursuant to Fed. R. Civ. P. 54(b) the Court finds there is no just reason for delay in entering final judgment against Defendant Thomas Stewart. All claims between Plaintiff and Defendant Thomas Stewart have been resolved by the Court's order granting Plaintiff's motion for partial summary judgment and granting Plaintiff's motion to voluntarily dismiss Count II. The remaining claims in this litigation concern the corporate Defendant, Stewart Industries International LLC., that are subject to the Court's stay order entered September 19, 2018. (Doc. 27).

_____
UNITED STATES DISTRICT JUDGE