# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ANDREA FITZSIMMONS,

      Plaintiff,

v.                                                                                                  Civ. No. 18-69 KG/GJF

THOMAS STEWART, and
STEWART INDUSTRIES INTERNATIONAL
ROSWELL LLC,

      Defendants.

_____                   CONSOLIDATED WITH

ANDREA FITZSIMMONS,

      Plaintiff,

v.                                                                                             Civ. No. 20-226 KG/GJF

STEWART INDUSTRIES
INTERNATIONAL ROSWELL LLC,

      Defendant.

**FINAL JUDGMENT IN FAVOR OF PLAINTIFF
AND AGAINST DEFENDANT STEWART
<u>INDUSTRIES INTERNATIONAL ROSWELL LLC.</u>**

      THIS MATTER is before the Court on Plaintiff Andrea Fitzsimmons March 12, 2020 civil enforcement action pursuant to 29 C.F.R. § 1979.113 to enforce the Judgement issued by the Office of Administrative Law Judges, Judge Richard M. Clark, on January 9, 2020, in favor of Plaintiff and against Stewart Industries International Roswell, LLC.  Plaintiff submitted Judge Clark's January 9, 2020, final order with her March 12, 2020, civil enforcement action.  The Court, having reviewed the final order of the ALJ, and finding that Defendant Stewart Industries International Roswell LLC. did not appeal the final order to the Tenth Circuit Court of Appeals

under 29 C.F.R. § 1979.112(a) and finding that the actions of Stewart Industries International Roswell LLC. occurred in Roswell, New Mexico, enters Final Judgment against Stewart Industries International Roswell LLC. in compliance with Fed. R. Civ. P. 58.

Wherefore;

**IT IS FURTHER ORDERED** that the ALJ's damages are awarded in favor of Plaintiff Andrea Fitzsimmons and against Defendant Stewart Industries International Roswell, LLC. in the sum of $204,306.17.

_____
UNITED STATES DISTRICT JUDGE