IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREA FITZSIMMONS,

    Plaintiff,

v.                                                         Civ. No. 18-69 KG/GJF

THOMAS STEWART, and
STEWART INDUSTRIES INTERNATIONAL
ROSWELL LLC,

    Defendants.
_____      CONSOLIDATED WITH

ANDREA FITZSIMMONS,

    Plaintiff,

v.                                                         Civ. No. 20-226 KG/GJF

STEWART INDUSTRIES
INTERNATIONAL ROSWELL LLC,

    Defendant.

## JUDGMENT AWARDING REASONABLE ATTORNEY'S FEES

Having granted in part Plaintiff's Motion and Memorandum for Attorney's Fees and Costs (Doc. 77) by entering a Memorandum Opinion and Order contemporaneously with this Judgment Awarding Reasonable Attorney's Fees,

IT IS ORDERED, ADJUDGED and DECREED that Plaintiff Andrea Fitzsimmons recover from Defendant Thomas Stewart $21,249.00 in reasonable attorney's fees, plus the applicable gross receipts tax.

_____
UNITED STATES DISTRICT JUDGE